RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for James Ward Price

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES WARD PRICE,<br><br>　　　　　Defendant. | Case No. 2:22-CR-00082-CDS-EJY-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between James M. Frierson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for James Ward Price, that the Revocation Hearing currently scheduled on June 16, 2022 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has a conflict with the current hearing date.

　　　　2.　　Defense counsel need additional time to discuss this matter with Mr. Price.

　　　　3.　　Mr. Price is out of custody and agrees with the need to continue the hearing.

4.    The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 15th day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WARD PRICE,<br><br>Defendant. | Case No. 2:22-CR-00082-CDS-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, June 16, 2022 at 11:00 a.m., be vacated and continued to June 28, 2022 at the hour of 1:00 p.m. in courtroom 6B.

DATED this 15th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

3